# EXHIBIT 3

**Burford Capital Limited Loss Chart**                                                                                                                                **Lookback Price**
**Class Period: March 18, 2015 through August 7, 2019**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares | Value Retained | Total Loss/Gain | $9.7488 |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|--------|----------------|-----------------|---------|
| Stephen Merz | 6/2/2017 | 200 | ($11.50) | ($2,300.00) | | | | | | | | |
| | 6/20/2017 | 200 | ($11.25) | ($2,250.00) | | | | | | | | |
| | 8/23/2017 | 300 | ($14.09) | ($4,228.23) | | | | | | | | |
| | 11/10/2017 | 300 | ($15.26) | ($4,578.33) | | | | | | | | |
| | 2/28/2018 | 500 | ($14.70) | ($7,350.00) | | | | | | | | |
| | | 1,500 | | ($20,706.56) | | 0 | | $0.00 | 1,500 | $14,623.20 | ($6,083.36) | |
| Christopher  LoSapio | 9/21/2017 | 250 | ($15.21) | ($3,802.50) | 1/11/2018 | 250 | $15.85 | $3,962.50 | | | | |
| | 7/2/2018 | 150 | ($19.70) | ($2,955.00) | | | | | | | | |
| | 9/14/2018 | 42 | ($25.30) | ($1,062.60) | | | | | | | | |
| | 10/16/2018 | 90 | ($22.90) | ($2,061.00) | | | | | | | | |
| | 12/18/2018 | 100 | ($16.75) | ($1,675.00) | | | | | | | | |
| | 3/27/2019 | 100 | ($21.87) | ($2,187.00) | | | | | | | | |
| | 6/17/2019 | 275 | ($18.65) | ($5,128.75) | | | | | | | | |
| | 8/1/2019 | 38 | ($17.81) | ($676.78) | | | | | | | | |
| | 8/1/2019 | 25 | ($17.71) | ($442.75) | | | | | | | | |
| | | 1,070 | | ($19,991.38) | | 250 | | $3,962.50 | 820 | $7,994.02 | ($8,034.86) | |
| Michael Rosenbloom | 1/22/2018 | 602 | ($16.45) | ($9,902.90) | | | | | | | | |
| | 6/14/2018 | 553 | ($20.84) | ($11,524.52) | | | | | | | | |
| | | 1,155 | | ($21,427.42) | | 0 | | $0.00 | 1,155 | $11,259.86 | ($10,167.56) | |
| **TOTAL:** | | **3,725** | | **($62,125.36)** | | **250** | | **$3,962.50** | **3,475** | **$33,877.08** | **($24,285.78)** | |