FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 07 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHEN MERZ, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BURFORD CAPITAL LIMITED, SIR PETER MIDDLETON GCB, CHRISTOPHER BOGART, JONATHAN MOLOT, AND CHARLES PARKINSON,

    Defendants.
------------------------------------------------------------------X

Case No.: 1:19-cv-04807-NG-CLP

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL

CLASS ACTION

RD 11/7/19
Amt.

WHEREAS, the above-captioned securities class action has been filed against defendants Burford Capital Limited and certain of its officers and directors, alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on August 21, 2019, The Rosen Law Firm, P.A. issued a notice to potential class members of the action, informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on October 21, 2019, Plaintiffs Stephen Merz, Christopher LoSapio, and Michael Rosenbloom (the "Burford Investor Group" or "Movants") moved the Court to: (1) be appointed as Lead Plaintiffs; and (2) approve Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a

1

motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

IT IS HEREBY ORDERED THAT:

APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movants are appointed as Lead Plaintiffs for the class as Movants have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

2. Movants' choice of counsel is approved and, accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

SO ORDERED:

Dated Nov. 6, 2019        /s/ Nina Gershon
                          HONORABLE NINA GERSHON
                          UNITED STATES DISTRICT JUDGE