UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN MERZ, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BURFORD CAPITAL LIMITED, SIR PETER MIDDLETON GCB, CHRISTOPHER BOGART, JONATHAN MOLOT, AND CHARLES PARKINSON,<br><br>        Defendants. | Case No.: 1:19-cv-04807-NG-CLP<br><br>Hon. Nina Gershon<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Stephen Merz, Christopher LoSapio, and Michael Rosenbloom, through their counsel, hereby voluntarily dismiss this action against all defendants as to all claims, without prejudice. No Defendant has either answered the complaint or filed a motion for summary judgment in this case. The parties have agreed that each shall bear his or its own fees and costs.

| | |
|---|---|
| Dated: December 19, 2019 | **THE ROSEN LAW FIRM, P.A.**<br><br>/s/ *Jacob A. Goldberg*<br>Jacob A. Goldberg<br>Gonen Haklay<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: (215) 600-2817<br>Fax: (212) 202-3827<br>Email: jgoldberg@rosenlegal.com<br>Email: ghaklay@rosenlegal.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2019, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg